# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Sharpe, Gary L. | 2. Court or Organization<br><br>U.S. District Court, NDNY | 3. Date of Report<br><br>04/04/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| James T. Foley Courthouse<br>445 Broadway<br>Albany, New York 12207 |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Howard Hanna Real Estate - Independent Contractor - Commissions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 04/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sharpe, Gary L.** | 04/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | New York College Tuition Savings #1 (529) (H) | A | Dividend | K | T | | | | | |
| 2. | -Vanguard Aggressive Age-Based Growth Fund | A | Dividend | K | T | Buy (add'l) | 01/01/19 | J | | |
| 3. | | | | | | Buy (add'l) | 02/01/19 | J | | |
| 4. | | | | | | Buy (add'l) | 03/01/19 | J | | |
| 5. | | | | | | Buy (add'l) | 04/01/19 | J | | |
| 6. | | | | | | Buy (add'l) | 05/01/19 | J | | |
| 7. | | | | | | Buy (add'l) | 06/01/19 | J | | |
| 8. | | | | | | Buy (add'l) | 07/01/19 | J | | |
| 9. | | | | | | Buy (add'l) | 08/01/19 | J | | |
| 10. | | | | | | Buy (add'l) | 09/01/19 | J | | |
| 11. | | | | | | Buy (add'l) | 10/01/19 | J | | |
| 12. | | | | | | Buy (add'l) | 11/01/19 | J | | |
| 13. | | | | | | Buy (add'l) | 12/01/19 | J | | |
| 14. | New York College Tuition Savings #2 (529) (H) | A | Dividend | J | T | | | | | |
| 15. | -Vanguard Aggressive Age-Based Growth Fund | A | Dividend | J | T | Buy (add'l) | 01/01/19 | J | | |
| 16. | | | | | | Buy (add'l) | 02/01/19 | J | | |
| 17. | | | | | | Buy (add'l) | 03/01/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sharpe, Gary L.** | 04/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 19. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 20. | | | | | Buy<br>(add'l) | 06/01/19 | J | | |
| 21. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 22. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 23. | | | | | Buy<br>(add'l) | 09/01/19 | J | | |
| 24. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 25. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 26. | | | | | Buy<br>(add'l) | 12/01/19 | J | | |
| 27. Sun Trust IRA (H) | | | | | | | | | |
| 28. -Hartford Mid Cap Fd Class I ("HFMIX") | A | Dividend | | | Sold | 03/27/19 | J | A | |
| 29. -American Europacific Growth Fund Cl F2 ("AEPFX") | A | Dividend | | | Sold | 03/27/19 | K | A | |
| 30. -AT & T Inc Common ("T") | A | Dividend | J | T | | | | | |
| 31. -Corning Inc Common ("GLW") | A | Dividend | J | T | | | | | |
| 32. -Helmerich & Payne Inc Common ("HP") | A | Dividend | | | Sold | 09/18/19 | J | A | |
| 33. - KLA-Tencor Corp Common ("KLAC") | A | Dividend | J | T | | | | | |
| 34. -Home Depot Inc Common ("HD") | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 04/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -INTL Paper Co Common ("IP") | A | Dividend | | | Sold | 06/19/19 | J | A | |
| 36. -US Bancorp Del Common ("USB") | A | Dividend | J | T | Sold<br>(part) | 01/04/19 | J | A | |
| 37. -Lydondellbasel Industries N V Common ("LYB") | A | Dividend | | | Sold | 06/19/19 | J | A | |
| 38. -Genuine Parts Co Common ("GPC") | A | Dividend | | | Sold | 05/02/19 | J | A | |
| 39. -Crown Castle INTL Corp Common ("CCI") | A | Dividend | J | T | | | | | |
| 40. -Chevron Corp Common ("CVX") | A | Dividend | J | T | | | | | |
| 41. -Johnson & Johnson Common ("JNJ") | A | Dividend | J | T | | | | | |
| 42. -Raytheon Co Common ("RTN") | A | Dividend | J | T | | | | | |
| 43. -Pizer Inc Common ("PFE") | A | Dividend | | | Sold | 09/05/19 | J | A | |
| 44. -Tapestry Inc Common ("TPR") | A | Dividend | | | Sold | 04/17/19 | J | A | |
| 45. -3M Company Common ("MMM") | A | Dividend | J | T | | | | | |
| 46. -Wells Fargor Co Common ("WFC") | A | Dividend | J | T | | | | | |
| 47. -Digital RLTY TR Inc Common ("DLR") | A | Dividend | J | T | | | | | |
| 48. -Duke Energy Corp New Common ("DUK") | A | Dividend | | | Sold | 12/17/19 | J | A | |
| 49. -Occidental Petroleum Corp Common ("OXY") | A | Dividend | | | Sold | 04/17/19 | J | A | |
| 50. -Total S A Sponsored ADR ("TOT") | A | Dividend | J | T | | | | | |
| 51. -Abbvie Inc Common ("ABBV") | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 04/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Amgen Inc Common ("AMGN") | A | Dividend | J | T | | | | | |
| 53.   -Apple Inc Common ("AAPL") | A | Dividend | J | T | | | | | |
| 54.   -Blackrock Inc Common ("BLK") | A | Dividend | J | T | | | | | |
| 55.   -CMS Energy Corp Common ("CMS") | A | Dividend | J | T | | | | | |
| 56.   -Intel Corp Common ("INTC") | A | Dividend | J | T | | | | | |
| 57.   -Nextera Energy Inc Common ("NEE") | A | Dividend | J | T | | | | | |
| 58.   -Pepsico Inc Common ("PEP") | A | Dividend | J | T | Sold (part) | 01/04/19 | J | A | |
| 59.   -Verizon Communications Common ("VZ") | A | Dividend | J | T | | | | | |
| 60.   -Eaton Corp PLC Common ("ETN") | A | Dividend | J | T | | | | | |
| 61.   -CME Group Inc Common ("CME") | A | Dividend | J | T | | | | | |
| 62.   -Dowdupont Inc Common ("DWDP") | A | Dividend | J | T | Sold (part) | 01/04/19 | J | A | |
| 63.   -Cysco Sys Inc Common ("CSCO") | A | Dividend | J | T | | | | | |
| 64.   -JP Morgan Chase & Co Common ("JPM") | A | Dividend | J | T | Sold (part) | 01/04/19 | J | A | |
| 65.   --Microsoft Corp Common ("MSFT") | A | Dividend | J | T | Sold (part) | 01/04/19 | J | A | |
| 66. | | | | | Sold (part) | 04/05/19 | J | A | |
| 67.   -Merck & Co Inc New Common ("MRK") | A | Dividend | J | T | | | | | |
| 68.   -Union Pacific Corp Common ("UNP") | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sharpe, Gary L.** | 04/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Vanguard BD Index Fd Inc Intermediate Term Bd ETF ("BIV") | A | Dividend | K | T | Sold (part) | 01/04/19 | J | A | |
| 70. -Delta Airlines Inc Del Common ("DAL") | A | Dividend | | | Sold | 04/09/19 | J | A | |
| 71. -Schlumberger Limited Common ("SLB") | A | Dividend | J | T | | | | | |
| 72. -Hartford Mid Cap Fd Class I ("HFMIX") | A | Dividend | J | T | | | | | |
| 73. -Broadcom Limited Common ("AVGO") | A | Dividend | J | T | | | | | |
| 74. -Russell 2000 Growth ETF ("IWO") | A | Dividend | J | T | | | | | |
| 75. -United Parcel Svc Inc Class B ("UPS") | A | Dividend | J | T | | | | | |
| 76. -Sysco Corp Common ("SSY") | A | Dividend | J | T | Buy (add'l) | 05/02/19 | J | | |
| 77. -American Europacific Growth Fund Cl F3 ("FEUPX") | A | Dividend | J | T | Buy | 03/27/19 | K | | |
| 78. -Hartford Midcap Fund Cl F ("HMDFX") | A | Dividend | J | T | Buy | 03/27/19 | J | | |
| 79. -Comcast Corp New Cl A ("CMCSA") | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 80. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 81. -Boeing Co Common ("BA") | A | Dividend | J | T | Buy | 04/09/19 | J | | |
| 82. -Chevron Corp New Common ("CVX") | A | Dividend | J | T | Buy | 04/17/19 | J | | |
| 83. - Target Corp Common ("TGT") | A | Dividend | J | T | Buy | 04/17/19 | J | | |
| 84. | | | | | Buy (add'l) | 06/26/19 | J | | |
| 85. -Honeywell International Inc Common ("HON") | A | Dividend | J | T | Buy | 06/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  -Corteva Inc Common ("CTVA") | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 87.  -Dow Inc Common ("DOW") | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 88.  -Novartis AG Sponsored ADR ("NVS") | A | Dividend | J | T | Buy | 09/05/19 | J | | |
| 89.  -Outfront Media Inc Common ("OUT") | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 90.  -American Elec Pwr Co Inc Common ("AEP") | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 91.  New York College Tuition Savings #3 (529R) (H) (X) | A | Dividend | J | T | | | | | |
| 92.  -Vanguard Aggressive Age-Based Growth Fund | A | Dividend | J | T | Buy (add'l) | 01/01/19 | J | | |
| 93. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 94. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 95. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 96. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 97. | | | | | Buy (add'l) | 06/01/19 | J | | |
| 98. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 99. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 100. | | | | | Buy (add'l) | 09/01/19 | J | | |
| 101. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 102. | | | | | Buy (add'l) | 11/01/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sharpe, Gary L.** | 04/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/01/19 | J | | |
| 104.  New York College Tuition Savings #4 (529N) (H) (X) | A | Dividend | J | T | | | | | |
| 105.  -Vanguard Aggressive Age-Based Growth Fund | A | Dividend | J | T | Buy (add'l) | 01/01/19 | J | | |
| 106. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 107. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 108. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 109. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 110. | | | | | Buy (add'l) | 06/01/19 | J | | |
| 111. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 112. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 113. | | | | | Buy (add'l) | 09/01/19 | J | | |
| 114. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 115. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 116. | | | | | Buy (add'l) | 12/01/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sharpe, Gary L.** | 04/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary L. Sharpe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544